GEORGE W. SCOTT, Respondent, *v.* THE GRAND TRUNK RAIL-WAY COMPANY, Appellant.

ANDREW S. MASON et al., Respondents, *v.* THE SAME, Appellant.

AUGUSTUS C. TAYLOR et al., Respondents, *v.* THE SAME, Appellant.

(Argued October 2, 1872; decided January term, 1873.)

THESE actions were brought to recover for necessary supplies furnished to, and for work, labor and materials in repairing, the steam ferry-boat International. The boat was owned by the Buffalo and Lake Huron Railway Company, and was used in connection with and in the business of that road, plying between Fort Erie, Canada, and Buffalo. One A. H. Squires had charge of the boat and acted as her master under an agreement, by which he was to furnish crew, stores and everything needed for the efficient working of the ferry, and to keep her in repair, for the sum of $1,300 per month, the vessel to be under the control and subject to the direction of the company. Under an agreement between said company and defendant, the latter assumed the control and undertook the management of the road of the former and appurtenances for the term of twenty-one years. Defendant by the agreement was to keep the road in good and efficient repair, and deliver up the same at the expiration of the term, the receipts to be divided between the two companies in specified proportions. No new agreement was made with Squires, but he continued on running the boat as before, the same being controlled

by defendant, and the supplies, etc., were furnished at his instance after defendant commenced operating the road. *Held*, that defendant was, "*pro hac vice*," the owner of the boat, and as such was liable; that the presumption from the continuance of Squires in the performance of the same duties was that it was with defendant's consent, and that plaintiffs without notice was not affected by any private agreement by which Squires assumed such liability. Also, *held*, that the Buffalo and Lake Huron Railway Company was not a necessary party defendant.

*E. C. Sprague* for the appellant.

*John Ganson* for the respondents.

LOTT, Ch. C., reads for affirmance
All concur.
Judgment affirmed.